**Opinion issued October 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00192-CV

_____

## ANILA ABRO, Appellant

## V.

## MIDLAND FUNDING LLC, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1031678**

---

## MEMORANDUM OPINION

Appellant, Anila Abro, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.